PER CURIAM.
Affirmed on the authority of St. Andrews Bay Lumber Company v. Bernard, 106 Fla. 235, 143 So. 160; Ogden Trucking Company v. Heller Bros. & Co., Fla.App.1961, 130 So.2d 295; Amphicar Corporation of America v. Gregstad Distributing Corporation, Fla.App.1962, 138 So.2d 383; Rice v. White, Fla.App.1962, 147 So. 2d 204, 91 A.L.R.2d 1306; Roger Dean Chevrolet, Inc. v. Painters, Decorators & Paperhangers of America, Local No. 452, Fla.App.1963, 155 So.2d 422; Morceau v. Meader, Fla.App.1965, 179 So.2d 242; Horvath v. Five Points National Bank of Miami, Fla.App.1966, 190 So.2d 586; Sydney Paper Co. v. Gans, Fla.App.1966, 193 So. 2d 41; 2 Fla.Jur., Appeals, § 124.